# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brenda Spearman<br>      Debtor(s) | Chapter 13 |
| The Money Source Inc.<br>   v.<br>Brenda Spearman<br>   and<br>Kenneth E. West<br>   Trustee | NO. 19-11114 ELF |

## ORDER

AND NOW, this 27th day of October, 2021 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on March 26, 2020 it is **ORDERED** that:

the automatic stay under 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow The Money Source Inc. and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 7183 North 18th Street Philadelphia, PA 19126.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**