### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Brenda Spearman<br><br>      Debtor(s) | Chapter 13 Proceeding<br><br>Case No.  19-11114-ELF |

### SUBSTITUTION OF APPEARANCE

TO THE COURT:

  YOU ARE HEREBY authorized to substitute Michael J. Clark of the law firm of Richard M. Squire & Associates, LLC as attorneys for Secured Creditor, First Guaranty Mortgage Corporation, in connection with the above entitled actions.

Dated: November 24, 2021            Dated: November 24, 2021

*Withdrawing Attorney*               *Superseding Attorney*

By:  **/s/Sarah K. McCaffery**           By:  **/s/ Michael J. Clark**
Sarah K. McCaffery, Esq., P.A.I.D. #311728     Attorney ID# 202929
Powers Kirn, LLC                Richard M. Squire & Associates, LLC
8 Neshaminy Interplex, Suite 215         One Jenkintown Station
Trevose, PA 19053               115 West Avenue
Telephone# 215-942-2090            Suite 104
                         Jenkintown, PA 19046
                         Telephone: 215-886-8790