United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                          Case No. 19-11114-elf

Brenda Spearman                                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
:--|:--:|--:
Date Rcvd: Dec 01, 2021 | Form ID: pdf900 | Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brenda Spearman, 7183 N. 18th Street, Philadelphia, PA 19126-1501 |
| cr | | First Guaranty Mortgage Corporation, c/o Rushmore Loan Management Services LL, 15480 Laguna Canyon Road, Suite 100, Irvine, CA 92618-2132 |
| cr | | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, CT 06450-6755 |
| 14277710 | + | Allied Account Services, 422 Bedford Avenue, Bellmore, NY 11710-3564 |
| 14292751 | + | First Guaranty Mortgage Corp, c/o SARAH K. MCCAFFERY, Richard M. Squire & Associates, 115 West Avenue, Suite 104 Jenkintown, PA 19046-2031 |
| 14315960 | + | First Guaranty Mortgage Corporation, C/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14277713 | + | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14277716 | + | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14277717 | + | Rushmore Lms, Attn: Bankruptcy, Po Box 55004, Irvine, CA 92619-5004 |
| 14633312 | + | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 14642174 | + | The Money Source Inc., c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14642041 | + | The Money Source Inc., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 01 2021 23:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 01 2021 23:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 01 2021 23:53:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14361169 | | Email/Text: megan.harper@phila.gov | Dec 01 2021 23:53:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14277711 | | Email/Text: megan.harper@phila.gov | Dec 01 2021 23:53:00 | City of Philadelphia, Law Department, One Parkway, 1515 Arch Street, Philadelphia, PA 19102-1595 |
| 14277712 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 01 2021 23:52:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14277713 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 02 2021 00:00:15 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14277714 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | Dec 01 2021 23:52:00 | Freedom Credit Union, Attn: Bankruptcy Dept., 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |
| 14286277 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 02 2021 00:00:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| 14277715 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Dec 02 2021 00:00:06 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14314645 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Dec 02 2021 00:00:06 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14314156 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Dec 02 2021 00:00:06 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14293350 | + Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Dec 01 2021 23:53:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14314056 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Dec 01 2021 23:52:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14278066 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Dec 02 2021 00:00:06 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14278037 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Dec 02 2021 00:00:10 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 03, 2021        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| CHANDRA M. ARKEMA | on behalf of Creditor First Guaranty Mortgage Corporation carkema@squirelaw.com vcosme@squirelaw.com,jberry@squirelaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL JOHN CLARK | on behalf of Creditor First Guaranty Mortgage Corporation mclark@squirelaw.com |
| MICHAEL SETH SCHWARTZ | on behalf of Debtor Brenda Spearman msbankruptcy@verizon.net  schwartzmr87357@notify.bestcase.com |

REBECCA ANN SOLARZ

on behalf of Creditor The Money Source Inc. bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

### UNITED STATES BANKRUTPCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          Chapter 13
BRENDA  SPEARMAN


                    Debtor              Bankruptcy No. 19-11114-ELF

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing

Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage

orders previously entered are **VACATED**.




**Date: November 30, 2021**

                                        _____
                                        Honorable Eric L. Frank
                                        Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
MICHAEL SCHWARTZ
707 LAKESIDE OFFICE PARK
STREET AND STUMP ROADS
SOUTHAMPTON, PA 18966-


Debtor:
BRENDA  SPEARMAN

7183 N. 18TH STREET

PHILADELPHIA, PA 19126